Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS BARTON,** | ) Case No.  1:15-cv-02343-NJV |
|  | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
|  | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
|  | ) |
| **MIDLAND CREDIT MANAGEMENT,** | ) |
|  | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 29th day of July, 2015

                         By: <u>s/Todd M. Friedman, Esq.</u>
                             TODD M. FRIEDMAN
                             Attorney for Plaintiff

                         By: <u>s/Thomas Landers, Esq.</u>
                             THOMAS LANDERS
                             Attorney for Defendant

Filed electronically on this 29th day of July, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Nandor J. Vadas
United States District Court
Northern District of California

Thomas Landers
Solomon Ward Seidenwurm Smith, LLP

Peter Joseph Caltagirone
Solomon Ward Seidenwurm Smith, LLP

This 29th day of July, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN